JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOUG MARTIN, an individual; GARY M. HEPPY, an individual, and INTELEK ELECTRONICS, INC., a California corporation; RICHARD McCAULEY, an individual; and MARRICH, INC., a dissolved California corporation,<br><br>　　　　　Defendants. | Case No.: SACV 07-00070-JVS(FMOx)<br><br>Assigned to the Hon. James V. Selna, Dept. 10-C<br><br>**JUDGMENT** |

　　　This matter was duly tried before a jury, commencing on June 16, 2009, the Honorable Judge James V. Selna, presiding.  The legal claims were duly submitted to the jury by means of a Special Verdict.  On July 1, 2009, the jury returned its verdict by way of its answers to the questions propounded in the Special Verdict.

　　　On January 20, 2010, the Court held a bench trial on the equitable claims and defenses.  Pursuant to the agreement of the parties, the equitable issues were decided by the Court on the basis of the record from the jury phase of the trial as supplemented by

further briefing and their Joint Statement of Facts (Docket No. 358). On January 26, 2010, the Court entered an order, in which the Court set forth its findings of fact and conclusions of law with respect to the equitable claims and defenses.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. In accordance with the Special Verdict and the Court's Order, judgment is entered in favor of Defendants Doug Martin, Gary M. Heppy, Intelek Electronics, Inc., Richard McCauley and Marrich, Inc. (collectively, the "Defendants") and against Plaintiff, ARROW ELECTRONICS, INC. ("Plaintiff" or "Arrow");

2. Plaintiff shall be awarded nothing by its Complaint; and,

3. Defendants are entitled to their costs in the amount of $_____, as determined by the Clerk.

DATED: March 11, 2010    By: _____
                                            Hon. James V. Selna
                                            Judge, United States District Court
                                            Central District of California